# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:  
TOMMY R MONTGOMERY  
KAREN Y MONTGOMERY  
202 E 7TH ST  
WAVERLY, OH  45690

Case No:   06-54034

Judge:   CHARLES M. CALDWELL

SSN(S):   XXX-XX-8294  
XXX-XX-9523

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   June 21, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| HSBC MORTGAGE SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | 57.90 |